## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

**Civil Action No.** 09-cv-02916-WJM-KMT          FTR - Courtroom C-201

**Date:** April 26, 2011                                       Deputy Clerk, Nick Richards


MARK B. FERGUSON,                                  Cheryl Louise Trine

        Plaintiff,

v.

BRIAN WEBSTER, P.A., in his individual          Robert Charles Huss
capacity as Physician Assistant,
BARRY GOLDSMITH, M.D., in his individual
capacity as Physician, and
BEV DOWIS, in her individual capacity as Health
Services Administrator,

        Defendants.

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 9:21 a.m.**
Court calls case.  Appearances of counsel.

Hearing is called in regards to Plaintiff's Motion to Exclude Testimony of Paula Frantz, M.D. Pursuant to Rule 702 [Doc. No. 32, filed January 31, 2011].

It is **ORDERED**:     Plaintiff's Motion to Exclude Testimony [32] is **TAKEN UNDER ADVISEMENT**.  The Court will issue a recommendation to District Judge William J. Martinez.

**Court in Recess: 10:13 a.m.**
Hearing concluded.
Total In-Court Time     00:52

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.