**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 09-cv-02916-WJM-KMT

MARK B. FERGUSON,

    Plaintiff,

v.

BRIAN WEBSTER, P.A., in his individual capacity as Physician Assistant, and
BEV DOWIS, in her individual capacity as Health Services Administrator,

    Defendants.

## ORDER STAYING ACTION PENDING RESOLUTION OF APPEAL

This matter is before the Court *sua sponte*. On January 31, 2011, Defendants filed a motion for summary judgment arguing, *inter alia*, that they are entitled to qualified immunity on Plaintiff's claims. (ECF No. 34.) On September 22, 2011, the Court issued an Order denying Defendants' motion for summary judgment in its entirety. (ECF No. 83.) On October 24, 2011, Defendants filed a Notice of Appeal appealing the Court's Order as to the issue of qualified immunity to the Tenth Circuit Court of Appeals. (ECF No. 91.) Defendants' interlocutory appeal on the issue of qualified immunity divests this Court of jurisdiction in this action. *See Stewart v. Donges*, 915 F.2d 572, 574 (10th Cir. 1990) ("[A] defendant's interlocutory appeal from the denial of summary judgment based on qualified immunity divest[s] the district court of jurisdiction to conduct a trial.").

In accordance with the foregoing, it is therefore ORDERED as follows:

1.    This action is hereby STAYED pending resolution of Defendants' interlocutory appeal to the Tenth Circuit; and

2.  All deadlines and settings in this matter, including, but not limited to, the Final Trial Preparation Conference on November 10, 2011 and the trial date of November 28, 2011, are hereby VACATED.

Dated this 26th day of October, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge