**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  09-cv-02916-WJM-KMT

MARK B. FERGUSON,

    Plaintiff,

v.

BRIAN WEBSTER, in his individual capacity as Physician Assistant, and
BEV DOWIS, in her individual capacity as Health Services Administrator,

    Defendants.

---

**ORDER ADMINISTRATIVELY CLOSING CASE**
---

    This matter is before the Court *sua sponte*.  This is a prisoner civil rights lawsuit. Plaintiff Mark Ferguson alleges that Defendants Brian Webster, P.A. and Bev Dowis violated his Eighth Amendment right to be free from cruel and unusual punishment. Plaintiff brings this claim for relief against Defendants in their individual capacities under 42 U.S.C. § 1983.

    On January 31, 2011, the Defendants filed a Motion for Summary Judgment, (ECF No. 34).  This Motion was denied on September 22, 2011 (ECF No. 83). Defendants thereafter sought review of the denial of their Motion for Summary Judgment by timely filing an Interlocutory Appeal on October 24, 2011 (United States Court of Appeals for the Tenth Circuit Case Number 11-1493).

    The Court finds that there appears to be no reason at this time to maintain this matter as an active open case.  Accordingly, the Clerk is instructed to ADMINISTRATIVELY CLOSE this case, pending disposition by the Court of Appeals for

the Tenth Circuit of the Interlocutory Appeal.

Nothing contained in this Order shall be considered a dismissal or final disposition of this case in this Court.  Any party may move this Court to reopen this matter for good cause shown after issuance by the Tenth Circuit of its Mandate on the subject appeal.

Dated this 27th day of March, 2012.

BY THE COURT:

_____
William J. Martinez
United States District Judge