IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–02916–WJM-KMT

MARK B. FERGUSON,

     Plaintiff,

v.

BRIAN WEBSTER, P.A., in his individual capacity as Physician Assistant, and
BEV DOWIS, in her individual capacity as Health Services Administrator,

     Defendants.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Unopposed Motion to Allow Plaintiff to Attend Settlement Conference by Phone"
(Doc. No. 115, filed Sept. 12, 2013) is GRANTED.  Plaintiff may attend the Settlement
Conference via the court's telephone system by calling chambers, 303-335-2780, at the
scheduled time.  Plaintiff is advised that the court expects him to be **present** on the telephone,
not merely available, for the entire settlement conference.

Dated: September 13, 2013